UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONY JOSEPH LEBOUEF                                                                       CIVIL ACTION

VERSUS                                                                                             NO. 20-2260

TERREBONNE PARISH CRIMINAL                                                    SECTION: "I"(3)
JUSTICE COMPLEX, ET AL.

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the motion to dismiss filed by Terrebonne Parish Criminal Justice Complex and Richard Neal, Rec. Doc. 14, is **GRANTED IN PART AND DENIED IN PART** as follows:

**IT IS ORDERED** that the motion is **GRANTED** as to plaintiff's claims against the Terrebonne Parish Criminal Justice Complex and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion is **GRANTED** as to plaintiff's official-capacity claims against Richard Pete Neal and that those claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion is **DENIED** as to plaintiff's failure-to-protect claim asserted against Richard Pete Neal in his individual capacity based on his alleged failure to provide hand-sanitizer to inmates and to adequately disinfect communal areas at the jail.

**IT IS FURTHER ORDERED** that the motion is **GRANTED** as to all other aspects of plaintiff's individual-capacity claims against Richard Pete Neal and that those aspects of his claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of March, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**